United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 11, 2004**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

———————————————

No. 03-21169

———————————————

In The Matter Of: ANNA MARIE LUCAS

Debtor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BEN B. FLOYD, Trustee,

Appellant,

versus

ASHLEIGH NICOLE LUCAS; CRYSTAL ANNA LUCAS;
BRANDY MARIE LUCAS; STEPHEN WADE LUCAS, JR.,

Appellees.

———————————————————————————————————————————

Appeal from the United States District Court
for the Southern District of Texas
(No. H-02-CV-4793)

———————————————————————————————————————————

Before JOLLY, WIENER, and PICKERING, Circuit Judges.

PER CURIAM:[*]

After studying the briefs and record, we are convinced that the result in this case is

controlled by our precedent in the Matter of Simpson, 36 F.3d 450 (5th Cir. 1994). We recognize

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

that there are slight differences between the two cases, but find no meaningful basis to distinguish

Simpson.  Accordingly, the judgment of the district court is

AFFIRMED.